

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Jesse Felipe Espinosa,

\* From the 244th District Court
  of Ector County,
  Trial Court No. C-20-0592-CR.

Vs. No. 11-22-00100-CR

\* April 30, 2024

The State of Texas,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.